DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**3599 HUDSON LLC,** as Trustee for **LAND TRUST NUMBER 3599,**
Appellant,

v.

**US BANK NATIONAL ASSOCIATION,** as Trustee for **RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-KS3,**
Appellee.

No. 4D19-2618

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Jr., Judge; L.T. Case No. 50-2017-CA-009853-XXXX-MB.

Rachel M. Coe of the Polaris Legal Group, Pompano Beach, for appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and CIKLIN, JJ., and FRINK, KEATHAN B., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***